United States District Court
District of Massachusetts

Lincoln Latham
Floor Manager of Marche Restaurant
[Plaintiff]

versus.

Joseph Biden
President of White House Office
[Defendant]

IN CLERKS OFFICE

2023 NOV 20 PM 1: 23

Plaintiff's Motion for Independent Examination
[Issued Pursuant to 9th Amendment of United States Constitution]

1. Now comes the plaintiff Lincoln Latham pro se in this matter, and moves this honorable court to grant a written memorandum of Law, that commands the defendant Joesph Biden to Stop Supporting Terrorist named jewish prime minister Benjamin Netinyahu because the NBC News media is reporting that jewish minister Netinyahu is planning a true military invasion into african city of Gaza in state of Palestine. Accordingly the terrorist Netinyahu says he will murder,kill,destroy all muslims in Palestine because there assumed to have a knowledge of a militia named Hamas that opposes jewish settlement of homes in Gaza.

2. I am a african-american born as a natural citizen of Boston area. It is deeply immoral and wrong for President Biden to say on public television that he supports jewish minister Netinyahu in his attempt to trace,track,kill,murder,eliminate all Hamas muslim militants in Gaza. For a american president to isolate a entire state of african named as Palestine that dwells with nearly 6 million citizens & residents is bad. NBC News on Channel 15.1 in Bridgewater Area Television is reporting that President Biden is asking Congress for funds to attack Hamas muslim.

3. In attacking Hamas militants with american congressional dollars, the message that Biden sends is that he is construing the rights of all black african-americans. The right to freely speak,the right to talk, the right to sicialize,the right to express faith & belief in future. These rights granted by 1st amendment of u.s constitution are being assaulted & construed by President Biden on american media wrongly.

4. From 10/7/2023 til 11/15/2023 NBC News on Channel 15.1 in Bridgewater area Television has reported nightly at 6:30pm with anchor Lester Holt that Joseph Biden & Minister Netinyahu are communicating on requesting funds from Congress to kill all african muslims in Gaza & Palestine. African City of Gaza is in State of Palestine on Meditterean sea.

5. Here is the Law Joseph Biden Violated:
9th amendment of united states constitution it says:
" Certain rights,shall not be Construed to deny or Disparage others."

6. Plaintiff request the Court send there written response in 10 days to this mailing address:  Inmate Lincoln Latham (Id # W93241)
Old Colony Correctional Center
1 Administration Road
Bridgewater,Massachusetts 02324

7. signed by: Lincoln Latham ( *signature* )[pg 1] Date: 11/16/2023
    [pro se plaintiff]